UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Carl Anthony Bishop | § | Case No. 24-51393 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/26/2024. The undersigned trustee was appointed on 07/26/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,369.05 |
| | | |
| Funds were disbursed in the following amounts: | | |
| | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9.31 |
| Bank service fees | | 200.16 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| | | |
| Leaving a balance on hand of[1] | $ | 13,159.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/27/2024 and the deadline for filing governmental claims was 01/22/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,086.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,086.91, for a total compensation of $2,086.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $399.63, for total expenses of $399.63[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2026                     By: /s/JOSE C. RODRIGUEZ
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 24-51393 | MMP | Judge: | Michael M. Parker | | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|---|
| Case Name: | Carl Anthony Bishop | | | | | Date Filed (f) or Converted (c): | 07/26/2024 (f) |
| | | | | | | 341(a) Meeting Date: | 08/22/2024 |
| For Period Ending: | 05/15/2026 | | | | | Claims Bar Date: | 11/27/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  9423 Mulberry Path<br>San Antonio Tx 78251 Bexar<br><br>Lien with IRS for $140,000.00<br>Lien with Sabrina Smith for an Unknown amount<br>Lien with Wells Fargo for $103,824.08<br>Lien to be retained<br><br>MLS filed by Wells Fargo Bank on 08/09/24; Agreed Order<br>Conditioning Automatic Stay as to Debtor entered on<br>10/02/24, Doc #26 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2.  2019 Cadillac Escalad<br><br>Lien with Ally Financial for $50,000.00<br>Lien to be retained and reaffirmed | 30,000.00 | 0.00 | | 0.00 | FA |
| 3.  Coffee Table | 50.00 | 0.00 | | 0.00 | FA |
| 4.  Computer equipment | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Books | 300.00 | 0.00 | | 0.00 | FA |
| 6.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7.  4 Frost Bank Accounts Were Ceased By State Court Receiver<br>-Frozen May 15, 2024 - Estimated Balance All 4 Accounts -<br>$25,000.00 | 0.00 | 25,000.00 | | 9,779.05 | FA |
| 8.  Ae Realty | 0.00 | 100.00 | | 0.00 | FA |
| 9.  My Satx Patriots, Llc | 0.00 | 100.00 | | 0.00 | FA |
| 10.  $200,000 Note Owed By Sabrina Smith For House Purchase -<br>Voided | 0.00 | 100.00 | | 0.00 | FA |
| 11.  Claims Against State Court Receiver For Seizure Of Accounts<br>-Estimated At $20,000-$25,000 - Bank Accounts Frozen<br>Commission - $14,000 | 0.00 | 100.00 | | 0.00 | FA |
| 12.  Earned Commissions Seized By Receiver | 14,000.00 | 12,525.00 | | 1,950.00 | FA |
| 13.  Desk, Charis, Printers, Phones | 500.00 | 0.00 | | 0.00 | FA |
| 14.  Dinner Table | 50.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 24-51393 | MMP | Judge: | Michael M. Parker | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | Carl Anthony Bishop | | | | Date Filed (f) or Converted (c): | 07/26/2024 (f) |
| | | | | | 341(a) Meeting Date: | 08/22/2024 |
| For Period Ending: | 05/15/2026 | | | | Claims Bar Date: | 11/27/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15.  Dining Chairs | 75.00 | 0.00 | | 0.00 | FA |
| 16.  Bed | 100.00 | 0.00 | | 0.00 | FA |
| 17.  3 Televisions | 300.00 | 0.00 | | 0.00 | FA |
| 18.  Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 19.  Commissions earned for AE Realty and Individually (u) | 0.00 | 5,000.00 | | 1,640.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $296,575.00  $42,925.00  $13,369.05  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/23/26jr REVIEWED MLS TO CONFIRM ABSENCE OF STAY OR TO REQUEST RELIEF FROM STAY. THE PROPERTY IS HOMESTEAD. BASED ON FACTS THERE ARE LEGAL ISSUES CONCERNING TITLE. CLAIMS ON FILE WERE PARTIES WITH EXTENSIVE STATE COURT FILINGS TRYING TO COLLECT. NO MOTION S OBJECTION TO DISCHARGE WERE FILED. NO NEED FOR MLS RESPONSE - TFR IS TO BE FILED.

01/16/26jr PROPOSED SALE OF CLAIMS WAS NOT PURSUED - IRS HAS LARGE SECURED CLAIM OF 108K AND THE PROSPECTS OF POSSIBLE RECOVERY TO PAY UNSECURED CLAIMS IS NOT LIKELY

09/12/25jr HAVE BEEN DISCUSSING COLLECTIONS ON ACCOUNTS FOR THIS CASE WITH BILL KINGMAN, ATTY REPRESENTING THE STATE COURT APPOINTED RECEIVER.  COLLECTION AGAINST INDIVIDUAL IS PENDING DETERMINATION OF WHAT PAYMENTS ARE DUE CORPORATELY AND WHAT ARE DUE INDIVIDUALLY. SEEKKING ATTY TO HANDLE CASES

10/23/2024jr  REVIEWING CASE FOR AVOIDABLE TRANSFERS AND TO COLLECT COMMISSIONS DUE TO DEBTOR.  DISCUSSING COLLECTIONS WITH RECEIVER FOR TURNOVER.

Initial Projected Date of Final Report (TFR): 09/26/2025     Current Projected Date of Final Report (TFR): 07/30/2026

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 24-51393 | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: | Carl Anthony Bishop | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0805 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3959 | Blanket Bond (per case limit): | $5.00 |
| For Period Ending: | 05/15/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/24 | 19 | TX P REALTY LLC DBA TEXAS PREMIERE REALTY 3834 DEERFIELD DRIVE SAN ANTONIO, TX 78218 | REAL ESTATE COMMISSION RECEIVED CHECK FROM ATTY MICHAEL COLVARD; COMMISSION PROCEEDS DUE TO DEBTOR ON THE SALE OF 8217 WATERFORD TREE. NO OTHER DOCUMENTATION WAS PROVIDED CONCERNING THE CLOSING OF THE SALE; GROSS AND NET PAYMENTS AND DISTRIBUTIONS. | 1229-000 | $300.00 | | $300.00 |
| 08/27/24 | 19 | OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY OLD REPUBLIC NATIONAL TITLE COMPANY ESCROW ACCOUNT '3522 PAESANOS PARKWAY, STE. 200 SAN ANTONIO, TX 78231 | REAL ESTATE COMMISSION PAYMENT CHECK WAS DELIVERED BY MICHAEL COLVARD AS THE ATTORNEY OF RECORD FOR DEBTOR AS PROPERTY OF THE BANKRUPTCY ESTATE. DEBTOR RECEIVED A NUMBER OF COMMISSION AS REAL ESTATE BROKER ON REAL ESTATE SALES. PAYMENT MADE TO AE REALTY WHICH IS A DBA FOR DEBTOR. TITLE ORDER NUMBER 119211H.  NO OTHER INFORMATION CONCERNING THE SALE TRANSACTION HAS BEEN PROVIDED INCLUDING THE ADDRESS AND/OR LEGAL DESCRIPTION WAS MADE AVAILABLE. | 1229-000 | $1,240.00 | | $1,540.00 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | $1,540.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 24-51393
Case Name: Carl Anthony Bishop

Trustee Name: JOSE C. RODRIGUEZ
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0805
Checking

Taxpayer ID No: XX-XXX3959
For Period Ending: 05/15/2026

Blanket Bond (per case limit): $5.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/24 | 19 | SUCCESSION TITLE LLC SATX-ESCROW 18410 US HWY 281N SUITE111 SAN ANTONIO, TX  78259 | REAL ESTATE COMMISSION CHECK WAS DELIVERED BY MICHAEL COLVARD AS ATTORNEY FOR THE DEBTOR.  ORDER NUMBER WAS 24-5035 - SAT. CHECK REPRESENT THE SELLING AGENT REAL ESTATE COMMISSION FOR SALE OF 23111 WHISPER CANYON, SAN ANTONIO, TX  78258. | 1229-000 | $100.00 | | $1,640.00 |
| 01/22/25 | 7 | FROST BANK P.O. BOX 1600 SAN ANTONIO, TX  78296 | BANK ACCOUNT BALANCE | 1129-000 | $9,041.55 | | $10,681.55 |
| 01/22/25 | 7 | FROST BANK P.O. BOX 1600 SAN ANTONIO, TEXAS 78296 | BANK ACCOUNT BALANCE | 1129-000 | $737.50 | | $11,419.05 |
| 02/04/25 | 12 | WORTH NATIONAL TITLE AGENCY LLC DBA MCKNIGHT TITLE 8000 INTERSTATE 10, FORUM ONE SUITE 325 SAN ANTONIO, TX 78230 | COMMISSION PAYMENT ORIGINALLY SENT TO THE RECEIVER LINDA GIMBEL (19179 BLANCO ROAD; STE. 105-422; SAN ANTONIO, TX) WHOSE ATTORNEY ADVISED TO TURN OVER THE CHECK PAYMENT TO THE TRUSTEE ON BEHALF OF THE BANKRUPTCY ESTATE (COMMISSION ON 2726 CHRISTIAN DRIVE; SAT) | 1129-000 | $1,950.00 | | $13,369.05 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.05 | $13,356.00 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.75 | $13,341.25 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.26 | $13,326.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $11,829.05    $42.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 24-51393 | Trustee Name: JOSE C. RODRIGUEZ | |
| Case Name: Carl Anthony Bishop | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0805 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3959 | Blanket Bond (per case limit): $5.00 | |
| For Period Ending: 05/15/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.71 | $13,312.28 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.22 | $13,298.06 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.68 | $13,283.38 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.67 | $13,268.71 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.18 | $13,254.53 |
| 10/15/25 | 1001 | INTERNATIONAL SURETIES LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond Premium - Bond #612419134, Term 10/01/25 to 10/01/26 | 2300-000 | | $9.31 | $13,245.22 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.63 | $13,230.59 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.14 | $13,216.45 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.59 | $13,201.86 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.58 | $13,187.28 |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.15 | $13,174.13 |
| 04/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.55 | $13,159.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $0.00 | $167.41 | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $13,369.05 | $209.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,369.05 | $209.47 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,369.05 | $209.47 |

Exhibit B

Page Subtotals: $0.00 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0805 - Checking | $13,369.05 | $209.47 | $13,159.58 |
| | $13,369.05 | $209.47 | $13,159.58 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,369.05 |
| Total Gross Receipts: | $13,369.05 |

Page Subtotals:                                  $0.00          $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 24-51393-CAG                                                                      Date: May 15, 2026

Debtor Name: Carl Anthony Bishop

Claims Bar Date: 11/27/2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Jose C Rodriguez JOSE C. RODRIGUEZ, TRUSTEE 1101 W. 34TH STREET, #223 AUSTIN, TX  78705 | Administrative | | $0.00 | $2,086.91 | $2,086.91 |
| 100 2200 | Jose C Rodriguez JOSE C. RODRIGUEZ, TRUSTEE 1101 W. 34TH STREET, #223 AUSTIN, TX  78705 | Administrative | | $0.00 | $399.63 | $399.63 |
| 8B 280 5800 | INTERNAL REVENUE SERVICE PO Box 7317 Philadelphia, PA  19101-7317 | Priority | | $0.00 | $17,309.07 | $17,309.07 |
| 1 300 7100 | MUNEEB A. MOHAMMED 7918 GRACE CT RICHMOND, TX 77469 | Unsecured | | $0.00 | $18,250.00 | $18,250.00 |
| 2 300 7100 | CAPITAL ONE N.A. BY AIS INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $107.00 | $8,501.60 | $8,501.60 |
| 3 300 7100 | WMM PROPERTIES, INC. C/O WIESLAWA TWOREK 16410 BLANCO ROAD, SUITE 1 SAN ANTONIO TX 78232 | Unsecured | | $8,000.00 | $51,475.37 | $51,475.37 |
| 4 300 7100 | CITIBANK N.A. 3716 Grade Ln Blg 9 Ste 910-PY Dept. Louisville, KY  40213 | Unsecured | | $0.00 | $3,196.29 | $3,196.29 |
| 5 300 7100 | JPMORGAN CHASE BANK, N.A. PO Box 15368 Wilmington, DE  19850 | Unsecured | | $8,156.00 | $8,156.30 | $8,156.30 |
| 6B 300 7100 | DAWNETTE HAM C/O CRAIG NOACK THE NOACK LAW FIRM, PLLC 24165 IH 10 WEST, SUITE 217-418 SAN ANTONIO, TX 78257 | Unsecured | | $0.00 | $131,433.63 | $131,433.63 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 24-51393-CAG                                                                 Date: May 15, 2026
Debtor Name: Carl Anthony Bishop
Claims Bar Date: 11/27/2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8C 380 7300 | INTERNAL REVENUE SERVICE PO Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $49,453.75 | $49,453.75 |
| 8A 400 4300 | INTERNAL REVENUE SERVICE PO Box 7317 Philadelphia, PA 19101-7317 | Secured | | $0.00 | $108,130.45 | $108,130.45 |
| 6A 401 4220 | DAWNETTE HAM C/O CRAIG NOACK THE NOACK LAW FIRM, PLLC 24165 IH 10 WEST, SUITE 217-418 SAN ANTONIO, TX 78257 | Secured | | $0.00 | $28,729.90 | $0.00 |
| 7 401 4220 | LINDA GIMBEL 19179 Blanco Rd., Ste. 105-422 San Antonio, TX 78258 | Secured | | $110,442.57 | $29,955.77 | $0.00 |
| | Case Totals | | | $126,705.57 | $457,078.67 | $398,393.00 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                                 Printed: May 15, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-51393
Case Name: Carl Anthony Bishop
Trustee Name: JOSE C. RODRIGUEZ

Balance on hand $ 13,159.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6A | DAWNETTE HAM | $ 28,729.90 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | LINDA GIMBEL | $ 29,955.77 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8A | INTERNAL REVENUE SERVICE | $ 108,130.45 | $ 108,130.45 | $ 0.00 | $ 10,673.04 |

Total to be paid to secured creditors $ 10,673.04

Remaining Balance $ 2,486.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jose C Rodriguez | $ 2,086.91 | $ 0.00 | $ 2,086.91 |
| Trustee Expenses: Jose C Rodriguez | $ 399.63 | $ 0.00 | $ 399.63 |

Total to be paid for chapter 7 administrative expenses $ 2,486.54

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,309.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | INTERNAL REVENUE SERVICE | $ 17,309.07 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $221,013.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MUNEEB A. MOHAMMED | $ 18,250.00 | $ 0.00 | $ 0.00 |
| 2 | CAPITAL ONE N.A. | $ 8,501.60 | $ 0.00 | $ 0.00 |
| 3 | WMM PROPERTIES, INC. | $ 51,475.37 | $ 0.00 | $ 0.00 |
| 4 | CITIBANK N.A. | $ 3,196.29 | $ 0.00 | $ 0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | $ 8,156.30 | $ 0.00 | $ 0.00 |
| 6B | DAWNETTE HAM | $ 131,433.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $49,453.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8C | INTERNAL REVENUE SERVICE | $  49,453.75 | $  0.00 | $  0.00 |

Total to be paid to subordinated unsecured creditors    $_____0.00

Remaining Balance    $_____0.00